```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :   UNSEALING ORDER
                                 :
        - v. -                   :   S2 16 Cr. 342 (SHS)
                                 :
DAVID VILLANUEVA and             :
ALEX LICHTENSTEIN                :
  a/k/a "Shaya,"                 :
                                 :
                Defendants.      :
                                 :
- - - - - - - - - - - - - - - - x
```

Upon the application of the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorneys, Martin S. Bell, Russell Capone, and Kan M. Nawaday;

IT IS THEREFORE ORDERED that all documents and filings in this action be unsealed and remain unsealed; and all docket entries be made in the ordinary course, pending further order of the Court.

DATED:   New York, New York
         June 20, 2016

_____
HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 20 2016
```